UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:
**EUGENE ROBERT MACUDZINSKI,**
**KERRIE LYNN MACUDZINSKI,**                           Case No. 25-49091
                                                                                             Chapter 13
                            Debtors.                              Hon. Lisa S. Gretchko
_____/

<u>DEBTORS' OBJECTION TO PROOF OF CLAIM</u>

      NOW COMES Debtors, **EUGENE ROBERT MACUDZINSKI AND KERRIE LYNN MACUDZINSKI,** by and through their undersigned counsel, and for her objection submits as follows:

1.    **MICHIGAN DEPARTMENT OF TREASURY** (hereafter, "Creditor") filed a proof of claim on **1/6/2026** (Pacer Claim No. 29).

2.    The Debtor objects to this claim filed by the Creditor in the amount of **$20,288.83** because the Creditor lists the 2023 tax year as a computed amount, despite the return having been filed.

3.    Specifically, the Debtors assert that they have filed their 2023 tax return and they have provided a copy of their signed 2023 tax return to the Michigan Department of Treasury seeking to have them amend their claim. However, Debtors believe that Creditor is now requiring up to six months to review returns and amend claims.

4.    Debtors request the Michigan Department of Treasury's claim be denied, as it is delaying the confirmation of their case and is inaccurate.

      **WHEREFORE**, the Debtors request this Honorable Court disallow **Claim No. 29** filed by the Creditor, and grant any other further relief as this Court deems equitable and just.

Dated: 3/2/2026                             **/s/ Heather D. McGivern**
                                               Attorneys for Debtor
                                               Charissa Potts (P73247)
                                               Heather D. McGivern (P59393)
                                               Freedom Law, PC
                                               20882 Harper Ave., Suite 100
                                               Harper Woods, MI 48225
                                               313.887.0807
                                               info@freedomlawpc.com